# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TKAC,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>K. ALLISON,<br><br>　　　　　Respondent.<br>_____/ | 1:11-cv-00384-AWI-DLB (HC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>[ECF No. 16] |

　　　On June 8, 2011, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed and judgment was entered.

　　　On January 16, 2013, Petitioner filed a notice of appeal.

　　　On January 25, 2013, Petitioner filed an application to proceed in forma pauperis on appeal. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Fed. R. App. P. 24(a)(1). Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

　　　IT IS SO ORDERED.

　Dated:　　February 1, 2013　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1